TILO ROOFING COMPANY, INC., Respondent, *v.* WILLIAM R. HANLY, Appellant.

Argued March 3, 1952; decided March 14, 1952.

*John M. Wilson* for appellant.

*Walter A. Swan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.